FRANCISCO WOOD, Respondent, *v.* THE TOWN OF GILBOA, Appellant.

(Argued April 23, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*I. H. Maynard* for appellant.

*H. Krum* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., dissenting.
Judgment affirmed.